FILED
August 02, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____M. Trujillo_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL UNITED GROUP, LLC,** a Texas Limited Liability Company, **CENTENE CORPORATION, d/b/a AM BETTER,** a Delaware Corporation, **MULBERRY MANAGEMENT CORPORATION, d/b/a OSCAR MANAGEMENT CORPORATION,** a Delaware Corporation, **CR INSURANCE GROUP LLC,** a Florida Limited Liability Company, **HEALTH ONE CORP,** a Florida Corporation, **SUSAN CARRASCO, ALEXA ASSURANCE CORP,** a Florida Corporation, **ABIGAIL VELEZ, RICARDO MOREIRA, MARIA ALLEN CARDONA, ALLEN INSURANCE SERVICES, INC,** a Florida corporation, **CARLOS RODRIGUEZ, LPV SERVICES, INC., LIZA POLANCO** and **JOHN DOES 1-4**<br><br>**Defendants.** | Case # 3:21-CV-00071-DB |

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT CENTENE CORPORATION

NOW COMES PLAINTIFF BRANDON CALLIER, in his individual capacity, and dismisses Defendant CENTENE CORPORATION d/b/a AM BETTER with prejudice.

Dated: August 2, 2021,   Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912