**FILED**
August 02, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____M. Trujillo_____
                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § § **NATIONAL UNITED GROUP, LLC,** a Texas § Limited Liability Company, **CENTENE** § **CORPORATION, d/b/a AM BETTER,** a § Delaware Corporation, **MULBERRY** § **MANAGEMENT CORPORATION, d/b/a** § **OSCAR MANAGEMENT CORPORATION,** a § Delaware Corporation, **CR INSURANCE GROUP** § **LLC,** a Florida Limited Liability Company, § **HEALTH ONE CORP,** a Florida Corporation, § **SUSAN CARRASCO, ALEXA ASSURANCE** § **CORP,** a Florida Corporation, **ABIGAIL VELEZ,** § **RICARDO MOREIRA, MARIA ALLEN** § **CARDONA, ALLEN INSURANCE SERVICES,** § **INC,** a Florida corporation, **CARLOS** § **RODRIGUEZ, LPV SERVICES, INC., LIZA** § **POLANCO** and **JOHN DOES 1-4** § § § **Defendants.** § § | | Case # **3:21-CV-00071-DB** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS DEFENDANT CENTENE CORPORATION** to be served via electronic mail to all attorneys of record.

August 2, 2021,                                    Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com