UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** <br> **Plaintiff** <br> <br> versus <br> <br> **NATIONAL UNITED GROUP, LLC,** a Texas Limited Liability Company, **CENTEN CORPORATION d/b/a AM BETTER,** a Delaware Corporation, **MULBERRY MANAGEMENT CORPORATION d/b/a OSCAR MANAGEMENT CORPORATION,** a Delaware Corporation, **CR INSURANCE GROUP, LLC,** a Florida Limited Liability Company, **HEALTH ONE CORP,** a Florida Corporation, **SUSAN CARRASCO, ALEXA ASSURANCE CORP.,** a Florida Corporation, **ABIGAIL VELEZ, RICARDO MOREIRA, MARIA ALLEN CARDONA, ALLEN INSURANCE SERVICES, INC.,** a Florida Corporation, **CARLOS RODRIGUEZ, LPV SERVICES, INC., LISA POLANCO and JOHN DOES 1-4,** <br> **Defendants** | **CIVIL ACTION NO. 3:21-cv-00071-DB** <br> <br> **JUDGE DAVID BRIONES** |

**************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that undersigned counsel is entering an appearance in the above-styled and numbered cause on behalf Defendants, **Liza Polanco** ("Polanco"), **LPV Services, Inc.** ("LPV"), **Maria Allen Cardona** ("Cardona"), and **Allen Insurance Services, Inc.** ("AIS"):

<div align="center">

Kyle A. Ferachi
Sandra Benyamin
**HINSHAW & CULBERTSON LLP**
1980 Post Oak Blvd., Suite 100
Houston, Texas  77056
Telephone:  (346) 344-4500
Facsimile: (312) 704-3001
kferachi@hinshawlaw.com
sbenyamin@hinshawlaw.com

</div>

Please provide the Kyle Ferachi and Sandra Benyamin with copies of all correspondence, pleadings, materials, electronic documents and other documents in this case.

Respectfully submitted, this 10th day of September, 2021.

<div style="margin-left: 50%;">

Respectfully Submitted:

*/s/ Kyle A. Ferachi*
Kyle A. Ferachi
Texas Bar Number 24072624
Sandra M. Benyamin
Texas Bar Number 24116099
**HINSHAW & CULBERTSON LLP**
1980 Post Oak Blvd., Ste. 100
Houston, Texas  77056
Telephone:  (346) 344-4503
Facsimile:  (312) 704-3001

ATTORNEYS FOR LIZA POLANCO, LPV SERVICES, INC., MARIA ALLEN CARDONA, AND ALLEN INSURANCE SERVICES, INC.

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Appearance and Request for Notice was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record and interested parties by operation of the court's CM/ECF system as authorized by Rule 5 of the Federal Rules of Civil Procedure on September 10, 2021.

<div style="margin-left: 50%;">

*/s/ Kyle A. Ferachi*
Kyle A. Ferachi

</div>

1036067\306928288.v1