FILED
October 07, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>*Plaintiff,*<br><br>v.<br><br>NATIONAL UNITED GROUP, LLC, a Texas Limited Liability Company, CENTEN CORPORATION, d/b/a AM BETTER, a Delaware Corporation, MULBERRY MANAGEMENT CORPORATION, d/b/a. OSCAR MANAGEMET CORPORATION, a Delaware Corporation, CR INSURANCE GROUP, LLC, a Florida Limited Liability Company, HEALTH ONE CORP, a Florida Corporation, SUSAN CARRASCO, ALEXA ASSURANCE CORP, a Florida Corporation, ABIGAIL VELEZ, RICARDO MOREIRA, MARIA ALLEN CARDONA, ALLEN INSURANCE SERVICES, INC, a Florida Corporation, CARLOS RODRIQUEZ, LPV SERVICES, INC., LIZA POLANCO and JOHN DOES 1-4,<br><br>*Defendants and Counter-Plaintiff* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:21-cv-00071-DB |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANTS HEALTH ONE CORPORATION AND SUSAN CARRASCO**

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss all claims and causes of action he made or could have made against Defendants Health One Corporation ("Health One") and Susan Carrasco ("Carrasco") with prejudice.

Dated: October 7, 2021, 2021.

Respectfully submitted,

*Brandon Callier*
_____
Brandon Callier
6336 Franklin Trail Drive
El Paso, Texas 79912

Plaintiff, *Pro Se*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically submitted to the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all *pro se* parties and all counsel of record electronically or by other manner authorized by Rule 5 of the Federal Rules of Civil Procedure on October 7, 2021.

*Brandon Callier*
_____
Brandon Callier