IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br>*Plaintiff,*<br><br>v.<br><br>NATIONAL UNITED GROUP, LLC, a Texas Limited Liability Company, CENTEN CORPORATION, d/b/a AM BETTER, a Delaware Corporation, MULBERRY MANAGEMENT CORPORATION, d/b/a. OSCAR MANAGEMET CORPORATION, a Delaware Corporation, CR INSURANCE GROUP, LLC, a Florida Limited Liability Company, HEALTH ONE CORP, a Florida Corporation, SUSAN CARRASCO, ALEXA ASSURANCE CORP, a Florida Corporation, ABIGAIL VELEZ, RICARDO MOREIRA, MARIA ALLEN CARDONA, ALLEN INSURANCE SERVICES, INC, a Florida Corporation, CARLOS RODRIQUEZ, LPV SERVICES, INC., LIZA POLANCO and JOHN DOES 1-4,<br><br>*Defendants and Counter-Plaintiff* | CIVIL ACTION NO. 3:21-cv-00071-DB |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANTS HEALTH ONE CORPORATION AND SUSAN CARRASCO

On this day, came to be considered Plaintiff's Motion to Dismiss Defendants Health One Corporation ("Health One") and Susan Carrasco ("Carrasco") with prejudice filed by Plaintiff Brandon Callier. After considering said motion, the Court is of the opinion that it should be and it is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Dismiss Defendants Health One Corporation and Susan Carrasco is GRANTED and that all claims and causes of action Plaintiff asserted or that could have asserted against Defendants Health One Corporation and Susan Carrasco are hereby dismissed with prejudice against the refiling of same.

SIGNED this 12th day of OCT., 2021.

_____
UNITED STATES DISTRICT COURT JUDGE