IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br>       Plaintiff,<br><br>v.<br><br>NATIONAL UNITED GROUP, LLC,<br>et al.,<br>       Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 3:21-CV-00071-DB<br>§<br>§<br>§<br>§<br>§ |

## NATIONAL UNITED GROUP, LLC'S NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Defendant National United Group, LLC ("**National United**") files this Notice of Settlement and, in support would respectfully show:

1. National United and Plaintiff Brandon Callier have executed a binding settlement agreement.

2. A dismissal of Plaintiff's claims against National United is expected to be filed by Plaintiff in compliance with the settlement agreement.

WHEREFORE, National United respectfully requests that the Court take notice of this Notice of Settlement.

Dated:  December 2, 2021.                Respectfully submitted,

**DAVIS & SANTOS, P.C**.

By: */s/  Caroline Newman Small*
Caroline Newman Small
State Bar No. 24056037
E-mail: *csmall@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204

Tel: (210) 853-5882
Fax: (210) 200-8395

**ICE MILLER LLP**

Isaac J. Colunga
(*Admitted Pro Hac Vice*)
Illinois Bar No. 6289253
E-mail: *isaac.colunga@icemiller.com*
200 W. Madison Street, Suite 3500
Chicago, Illinois 60606
Tel: (312) 726-7157
Fax: (312) 726-7102

***Counsel for Defendant***
***National United Group, LLC***

## CERTIFICATE OF SERVICE

      I certify that on December 2, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be served upon the parties listed below via the methods indicated below:

| | | |
|---|---|---|
| Mr. Brandon Callier | _____ | UPS |
| 6336 Franklin Trail | __X__ | CMRRR |
| El Paso, Texas 79912 | _____ | Facsimile |
| E-mail: callier74@gmail.com | __X__ | E-mail |
| ***Pro Se Plaintiff*** | _____ | CM/ECF |
| | | |
| Mr. Daniel Durell | _____ | UPS |
| LOCKE LORD LLP | _____ | CMRRR |
| 600 Congress Ave., Suite 2200 | _____ | Facsimile |
| Austin, Texas 78701 | _____ | E-mail |
| E-mail: daniel.durell@lockelord.com | __X__ | CM/ECF |
| ***Counsel for Defendant Centene Corporation*** | | |
| | | |
| Mr. Earl L. Ingel | _____ | UPS |
| MUNSCH HARDT KOPF & HARR, P.C. | _____ | CMRRR |
| 700 Milam Street, Suite 2700 | _____ | Facsimile |
| Houston, Texas 77002 | _____ | E-mail |
| E-mail: eingle@munsch.com | __X__ | CM/ECF |
| ***Counsel for Defendant Mulberry Management Corporation d/b/a Oscar Management Corporation*** | | |

      */s/ Caroline Newman Small*
      Caroline Newman Small