## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** §<br>§<br>**Plaintiff,** §<br>§<br>v. §<br>§<br>**NATIONAL UNITED GROUP, LLC,** a Texas §<br>Limited Liability Company, **CR INSURANCE** §<br>**GROUP,** a Florida Limited Liability Company §<br>**HEALTH ONE CORP,** a Florida Corporation, §<br>**SUSAN CARRASCO, ALEXA ASSURANCE** §<br>**CORP,** a Florida Corporation, **ABIGAIL VELEZ,** §<br>**RICARDO MOREIRA, MARIA ALLEN** §<br>**CARDONA, ALLEN INSURANCE SERVICES,** §<br>**INC,** a Florida corporation, **CARLOS** §<br>**RODRIGUEZ, LPV SERVICES, INC., LIZA** §<br>**POLANCO, WEG INSURANCE CORP,** §<br>**WILLIAM ROMERO** and **JOHN DOES 1-4** §<br>§<br>§<br>**Defendants.** §<br>§ | **Case # 3:21-CV-00071-DB** |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANT NATIONAL UNITED GROUP, LLC

Plaintiff Brandon Callier and Defendant National United Group, LLC ("National") have resolved their differences and settled their case. Plaintiff thereby requests the Court dismiss with prejudice National from the case.

December 14, 2021

Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

|  |  |  |
|---|---|---|
| **BRANDON CALLIER,** <br><br> **Plaintiff,** <br><br> v. <br><br> **NATIONAL UNITED GROUP, LLC,** a Texas Limited Liability Company, **CR INSURANCE GROUP,** a Florida Limited Liability Company **HEALTH ONE CORP,** a Florida Corporation, **SUSAN CARRASCO, ALEXA ASSURANCE CORP,** a Florida Corporation, **ABIGAIL VELEZ, RICARDO MOREIRA, MARIA ALLEN CARDONA, ALLEN INSURANCE SERVICES, INC,** a Florida corporation, **CARLOS RODRIGUEZ, LPV SERVICES, INC., LIZA POLANCO, WEG INSURANCE CORP, WILLIAM ROMERO** and **JOHN DOES 1-4** <br><br> **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case # 3:21-CV-00071-DB** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS DEFENDANT NATIONAL UNITED GROUP, LLC** to be served via electronic mail to all attorneys of record.

December 14, 2021                    Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com