IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>    Plaintiff, | § § § | |
| v. | § § | EP-21-CV-71-DB |
| NATIONAL UNITED GROUP, LLC,<br>et al.,<br>    Defendants. | § § § § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT NATIONAL UNITED GROUP, LLC

On this day, the Court considered Plaintiff Brandon Callier's ("Mr. Callier") "Motion to Dismiss with Prejudice Defendant National United Group, LLC" ("Motion"), filed in the above-captioned case on December 29, 2021. ECF No. 72. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Brandon Callier's "Motion to Dismiss with Prejudice Defendant National United Group, LLC," ECF No. 72, is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims made by Plaintiff Brandon Callier against National United Group, LLC are **DISMISSED WITH PREJUDICE**.

SIGNED this 3rd day of **January 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE