UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> § <br> NATIONAL UNITED GROUP, LLC, *et. al*, § <br> *Defendants.* § <br> § | C.A. No. 3:21-cv-00071-DB |

**NOTICE OF SETTLEMENT**

Plaintiff and Defendants, CR Insurance Group, LLC ("**CR Insurance**") and Carlos Rodriguez, hereby give this *Notice of Settlement* of this matter and state that:

1. These parties have reached an amicable resolution of the claims and defenses in this matter; and

2. The parties have executed a final Settlement Agreement between them and a stipulation for dismissal with prejudice of Plaintiff's claims against the Defendants will be forthcoming.

**WHEREFORE**, the parties request that the Court take no further action in this matter as it relates these parties for a reasonable time to permit the conclusion of the agreed upon settlement terms and the filing of Plaintiff's dismissal with prejudice of his claims against these Defendants.

Dated: March 2, 2022

Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

By:  */s/ M.E. Furse*
**Matthew E. Furse**
State Bar No. 24105032
MFurse@GPM-Law.com
14801 Quorum Dr., Ste. 500
Dallas, Texas 75254-1449
Tel. (972) 419-8300
Fax. (972) 419-8329

*Counsel for Defendants,*
**C.R. INSURANCE GROUP, LLC AND CARLOS RODRIGUEZ**

## CERTIFICATE OF SERVICE

I certify that on March 2, 2022, I caused a copy of the foregoing *Notice of Settlement* to be served on all parties receiving electronic notice via the Court's CM/ECF system.

By: */s/ M.E. Furse*
MATTHEW E. FURSE