FILED
March 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>CR INSURANCE GROUP,<br>ALEX ASSURANCE CORP, ABIGAIL VELEZ<br>RICARDO MOREIRA, MARIA ALLEN<br>CARDONA, ALLEN INSURANCE SERVICES<br>INC, CARLOS RODRIGUEZ, LPV SERVICES,<br>INC, and LIZA POLANCO<br><br>　　　　　　　　Defendants. | Case # 3:21-CV-00071-DB |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANTS CR INSURANCE GROUP AND CARLOS RODRIGUEZ

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendants CR Insurance Group and Carlos Rodriguez with prejudice. Plaintiff and Defendants CR Insurance Group and Carlos Rodriguez have resolved their case.

March 25, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*Brandon Callier*

　　　　　　　　　　　　　　　　　　　　Brandon Callier
　　　　　　　　　　　　　　　　　　　　6336 Franklin Trail
　　　　　　　　　　　　　　　　　　　　El Paso, TX 79912
　　　　　　　　　　　　　　　　　　　　Callier74@gmail.com

### CERTIFICATE OF SERVICE

　　I certify that on March 25, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of

the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

March 25, 2022                                  Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com

**RECEIVED**
March 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** § § § Plaintiff, § v. § § **CR INSURANCE GROUP,** § **ALEX ASSURANCE CORP, ABIGAIL VELEZ** § **RICARDO MOREIRA, MARIA ALLEN** § **CARDONA, ALLEN INSURANCE SERVICES** § **INC, CARLOS RODRIGUEZ, LPV SERVICES,** § **INC, and LIZA POLANCO** § § **Defendants.** § § | Case # 3:21-CV-00071-DB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss Defendants CR Insurance Group and Carlos Rodriguez, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss Defendants CR Insurance Group and Carlos Rodriguez be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**