UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CR INSURANCE GROUP,<br>ALEX ASSURANCE CORP, ABIGAIL VELEZ<br>RICARDO MOREIRA, MARIA ALLEN<br>CARDONA, ALLEN INSURANCE SERVICES<br>INC, CARLOS RODRIGUEZ, LPV SERVICES,<br>INC, and LIZA POLANCO<br><br>　　　　　　　Defendants. | § § § § § § § § § § § § § § § Case # 3:21-CV-00071-DB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss Defendants CR Insurance Group and Carlos Rodriguez, it is this, 6th day of April, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss Defendants CR Insurance Group and Carlos Rodriguez be and is hereby

**GRANTED;**

**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　United States District Judge