**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,**<br>**Plaintiff**<br><br>**versus**<br><br>**NATIONAL UNITED GROUP, LLC, a Texas Limited Liability Company, CENTEN CORPORATION d/b/a AM BETTER, a Delaware Corporation, MULBERRY MANAGEMENT CORPORATION d/b/a OSCAR MANAGEMENT CORPORATION, a Delaware Corporation, CR INSURANCE GROUP, LLC, a Florida Limited Liability Company, HEALTH ONE CORP, a Florida Corporation, SUSAN CARRASCO, ALEXA ASSURANCE CORP., a Florida Corporation, ABIGAIL VELEZ, RICARDO MOREIRA, MARIA ALLEN CARDONA, ALLEN INSURANCE SERVICES, INC., a Florida Corporation, CARLOS RODRIGUEZ, LPV SERVICES, INC., LISA POLANCO and JOHN DOES 1-4,**<br>**Defendants** | * | **CIVIL ACTION NO. 3:21-cv-00071-DB**<br><br>**JUDGE DAVID BRIONES** |

******************************************************************************

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF, BRANDON CALLIER AND DEFENDANTS LIZA POLANCO AND LPV SERVICES, INC.**

---

The Parties, Brandon Callier, ("Plaintiff"), Liza Polanco and LPV, Services, Inc., (Defendants) by and through their respective counsel, stipulate that Plaintiff's claims as to Defendants, as stated in its Plaintiff's First Amended Complaint filed on June 24, 2021 in the above action (Doc 33) is dismissed with prejudice.

It is further stipulated that the parties shall each bear their own attorneys' fees and costs, and that the court reserve jurisdiction to enforce the terms of the parties' Confidential General Release and Settlement Agreement dated December 9, 2022.

Houston, Texas submitted on 12th day of December, 2022.

Respectfully submitted,

*/s/ Kyle A. Ferachi*
Kyle A. Ferachi
Texas Bar Number 24072624
**HINSHAW & CULBERTSON LLP**
5151 San Felipe Street, Suite 1380
Houston, Texas 77056
Telephone: (346) 344-4503
Facsimile: (312) 704-3001
Email: kferachi@hinshawlaw.com
*ATTORNEYS FOR LIZA POLANCO AND LPV SERVICES, INC.*

*/s/ Brandon Callier*
Brandon Callier
*Pro Se*
6336 Franklin Trail Drive
El Paso, Texas 79912

*PLAINTIFF, PRO SE*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Joint Stipulation for Motion on Dismissal with Prejudice was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record and interested parties by operation of the court's CM/ECF system as authorized by Rule 5 of the Federal Rules of Civil Procedure on December 13, 2022.

*/s/ Kyle A. Ferachi*
Kyle A. Ferachi