IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-21-CV-71-DB |
| NATIONAL UNITED GROUP, LLC,<br>et al.,<br>    Defendants. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On December 13, 2022, Plaintiff Brandon Callier and Defendants Liz Polanco and LPV Services, Inc., the sole remaining defendants in the above-captioned case, entered a Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 92. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this 14th day of **December 2022**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE